

# Fourth Court of Appeals
## San Antonio, Texas

April 8, 2020

No. 04-18-00006-CR

Brandon Lee **RICE,**
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 63rd Judicial District Court, Val Verde County, Texas
Trial Court No. 13170CR
Honorable Enrique Fernandez, Judge Presiding

# O R D E R

On March 31, 2020, appellant filed a document entitled "Request for Re-trial Appeals Lawyer." Our opinion in this appeal issued on April 25, 2018, and mandate issued in this appeal on July 10, 2018. Accordingly, this court's plenary power to consider any relief sought by appellant has expired. *See* TEX. R. APP. P. 19.1(a) (providing that court of appeals' plenary power over an appeal expires sixty days after judgment). Accordingly, appellant's motion is **DISMISSED FOR LACK OF JURISDICTION**.

It is so **ORDERED** on this 8th day of April, 2020.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court